IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH EDWARDS,

      Appellant,

v.

      Case No.  5D22-124
      LT Case No. 2020-CF-2890

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender,
and Darnelle P. Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.